UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ARCE, ) | |
| ) | Case No. 11 CV 2480 |
| Plaintiff, ) | |
| ) | Judge |
| v. ) | |
| ) | Magistrate Judge |
| DEPUTY SHERIFF ARTHUR ) | |
| WRIGHT #10552, DEPUTY SHERIFF ) | Jury Demand |
| THOMAS DOUGHERTY #11355, ) | |
| individually, and COOK COUNTY, ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT**

Now Comes, the Plaintiff, Michael Arce, by and through his attorneys, Gregory E Kulis & Associates, Ltd., and complaining against the Defendants, Deputy Sheriff Arthur Wright #10552, Deputy Sheriff Thomas Dougherty #11355, individually, and Cook County, as follows:

**COUNT I – EXCESSIVE FORCE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2. Jurisdiction is based on Title 28 U. S. C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, Michael Arce, at all relevant times, was a United States citizen and permanent resident of the State of Illinois.

4. The Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, were at all relevant times, duly appointed sheriff officers of Cook County, and, at all relevant times, were acting within their scope of employment and under color of law.

5. On or about April 7, 2010, the Plaintiff, Michael Arce, was in Courtroom 405 at 2650 S. California Avenue in Chicago, Illinois.

6. The Plaintiff was appearing for a violation of probation charge against him.

7. The judge ordered the Plaintiff into custody for violation of probation.

8. The Plaintiff pushed open the doors into the area leading to the lock-up area.

9. The Plaintiff had a verbal altercation with Defendant Dougherty.

10. The Defendants then began to punch the Plaintiff in the head, face and body.

11. The Plaintiff did not do anything to provoke the use of force.

12. The use of force was excessive and unreasonable.

13. Said actions of the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, were intentional, willful, and wanton.

14. Said actions of the Defendants violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

15. As a direct and proximate consequence of said conduct of Defendants Wright and Dougherty, the Plaintiff suffered violations of his constitutional rights, monetary expense, fear, emotional distress, pain and suffering.

Wherefore, the Plaintiff, Michael Arce, prays for judgment against the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, jointly and severally, in an amount in excess of Twenty Thousand Dollars ($20.000.00) in compensatory

damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorneys' fees and costs.

### COUNT II – FALSE ARREST

1-12. The Plaintiff, Thomas J. Carrel, hereby realleges and incorporates his allegations of paragraphs 1-12 of Count I as his respective allegations of paragraph 1-12 of Count II as though fully set forth herein.

13. To cover up the unlawful entry and the unlawful use of force, the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, fabricated false criminal charges against the Plaintiff.

14. The Defendants arrested the Plaintiff.

15. The Plaintiff was not committing a crime or breaking any laws.

16. The actions of the Defendants were intentional, willful, and wanton.

17. Said actions of the Defendants violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

18. As a direct and proximate consequence of said conduct of Defendants, the Plaintiff suffered violations of his constitutional rights, monetary expense, fear, emotional distress, pain and suffering.

Wherefore, the Plaintiff, Michael Arce, prays for judgment against the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, jointly and severally, in an amount in excess of Twenty Thousand Dollars ($20.000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorneys' fees and costs.

### COUNT III – MALICIOUS PROSECUTION

1-14. The Plaintiff, Thomas J. Carrel, hereby realleges and incorporates his allegations of paragraphs 3-16 of Count II as his respective allegations of paragraph 1-14 of Count III as though fully set forth herein.

15. The Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, continued with the criminal charges against the Plaintiff, Michael Arce, knowing they were false.

16. The Plaintiff was forced to go to trial to defend against the false criminal charges.

17. The Plaintiff was found not guilty.

18. As a result of the actions of the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, the Plaintiff, Michael Arce, suffered pain, anxiety, and monetary damages.

Wherefore, the Plaintiff, Michael Arce, prays for judgment against the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, jointly and severally, in an amount in excess of Twenty Thousand Dollars ($20.000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages.

### COUNT IV – INDEMNIFICATION/COOK COUNTY

1-18. The Plaintiff, Michael Arce, hereby realleges and incorporates his allegations of paragraphs 1-18 of Count III as his respective allegations of paragraphs 1-18 of Count IV as though fully set forth herein.

19. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

20. The Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, are or were employees of Cook County, who acted within the scope of their employment in committing the misconduct described herein.

Wherefore, should the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, be found liable for any of the acts alleged above, the Defendant, Cook County, would be liable to pay the Plaintiff, Michael Arce, any judgment obtained against said Defendants Deputy Sheriff Wright and Deputy Sheriff Dougherty.

## JURY DEMAND

The Plaintiff, Michael Arce, hereby requests trial by jury.

Respectfully submitted:

By: /s/ Gregory E. Kulis_____
Gregory E. Kulis & Associates

Gregory E. Kulis & Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830