# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ARCE, | ) | |
| | ) | 11 C 2480 |
| Plaintiff, | ) | |
| | ) | District Judge |
| vs. | ) | Ruben Castillo |
| | ) | |
| DEPUTY SHERIFF ARTHUR WRIGHT, et al. | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND

**NOW COME**, the Defendants, DEPUTY SHERIFF ARTHUR WRIGHT, in his individual capacity, DEPUTY SHERIFF THOMAS DOUGHERTY, in his individual capacity, and COOK COUNTY, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, through SCOTT NEHLS, Assistant State's Attorney, and submit this Answer, Affirmative Defenses and Jury Demand to Plaintiff's Complaint as follows:

### COUNT I - EXCESSIVE FORCE

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

**ANSWER**: Admitted that this action is brought under these bases and that the allegations are framed as being under the color of law. Defendants deny that the allegations are based in fact.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental

jurisdiction of the State of Illinois.

    **ANSWER**: Admitted.

3. The Plaintiff, Michael Arce, at all relevant times, was a United States citizen and permanent resident of the State of Illinois.

    **ANSWER**: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3.

4. The Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, were at all relevant times, duly appointed sheriff officers of Cook County, and, at all relevant times, were acting within their scope of employment and under color of law.

    **ANSWER**: Admitted.

5. On or about April 7, 2010, the Plaintiff, Michael Arce, was in Courtroom 405 at 2650 S. California Avenue in Chicago, Illinois.

    **ANSWER**: Denied.

6. The Plaintiff was appearing for a violation of probation charge against him.

    **ANSWER**: Admitted that Plaintiff appeared for a violation of probation petition filed against him, however, there were actually two charges to which the petitions related.

7. The judge ordered the Plaintiff into custody for violation of probation.

    **ANSWER**: Denied.

8. The Plaintiff pushed open the doors into the area leading to the lock-up area.

   **ANSWER**:   Denied.

9. The Plaintiff had a verbal altercation with Defendant Dougherty.

   **ANSWER**:   Denied.

10. The Defendants then began to punch the Plaintiff in the head, face and body.

    **ANSWER**:   Denied.

11. The Plaintiff did not do anything to provoke the use of force.

    **ANSWER**:   Denied.

12. The use of force was excessive and unreasonable.

    **ANSWER**:   Denied.

13. Said actions of the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, were intentional, willful, and wanton.

    **ANSWER**:   Denied.

14. Said actions of the Defendants violated the Plaintiffs Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

    **ANSWER**:   Denied.

15. As a direct and proximate consequence of said conduct of Defendants Wright and Dougherty, the Plaintiff suffered violations of his constitutional rights, monetary expense, fear, emotional distress, pain and suffering.

**ANSWER**: Denied.

### COUNT II - FALSE ARREST

1-12. The Plaintiff, Thomas J. Carrel, hereby realleges and incorporates his allegations of paragraphs 1-12 of Count I as his respective allegations of paragraph 1-12 of Count II as though fully set forth herein.

**ANSWER**: Defendants herein incorporate their responses to paragraphs 1-12 of Count I, in response to paragraphs 1-12 of Count II. However, Defendants note that the wrong Plaintiff appears to be named in the above paragraph.

13. To cover up the unlawful entry and the unlawful use of force, the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, fabricated false criminal charges against the Plaintiff.

**ANSWER**: Denied.

14. The Defendants arrested the Plaintiff.

**ANSWER**: Denied.

15. The Plaintiff was not committing a crime or breaking any laws.

**ANSWER**:   Denied.

16.   The actions of the Defendants were intentional, willful, and wanton.

**ANSWER**:   Denied.

17.   Said actions of the Defendants violated the Plaintiffs Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

**ANSWER**:   Denied.

18.   As a direct and proximate consequence of said conduct of Defendants, the Plaintiff suffered violations of his constitutional rights, monetary expense, fear, emotional distress, pain and suffering.

**ANSWER**:   Denied.

### COUNT III - MALICIOUS PROSECUTION

1-14.   The Plaintiff, Thomas J. Carrel, hereby realleges and incorporates his allegations of paragraphs 3-16 of Count II as his respective allegations of paragraphs 1-14 of Count III as though fully set forth herein.

**ANSWER**:   Defendants herein incorporate their responses to paragraphs 3-16 of Count II as their responses to paragraph 1-14 of Count III.  However, Defendants note that the wrong Plaintiff appears to be named in the above paragraph.

15.   The Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty,

continued with the criminal charges against the Plaintiff, Michael Arce, knowing they were false.

**ANSWER**: Denied.

16. The Plaintiff was forced to go to trial to defend against the false criminal charges.

**ANSWER**: Denied.

17. The Plaintiff was found not guilty.

**ANSWER**: Defendants are without sufficient information to either admit or deny the allegations made in paragraph 17.

18. As a result of the actions of the Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, the Plaintiff, Michael Arce, suffered pain, anxiety, and monetary damages.

**ANSWER**: Denied.

**COUNT IV – INDEMNIFICATION/COOK COUNTY**

1-18. The Plaintiff, Michael Arce, hereby realleges and incorporates his allegations of paragraphs 1-18 of Count III as his respective allegations of paragraphs 1-18 of Count IV as though fully set forth herein.

**ANSWER:** Defendant herein incorporates its responses to paragraphs 1-18 of Count III as its responses to paragraphs 1-18 of Count IV.

19. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

**ANSWER**: Admitted.

20. The Defendants, Deputy Sheriff Wright and Deputy Sheriff Dougherty, are or were employees of Cook County, who acted within the scope of their employment in committing the misconduct described herein.

**ANSWER**: Admitted that Defendants were so employed and, based upon Plaintiff's allegations, acted within the scope of their employment. However, Plaintiff denies that they committed any of the misconduct alleged by Plaintiff.

## AFFIRMATIVE DEFENSES

1. The Defendants' conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights. Accordingly, the Defendants are entitled to the defense of Qualified Immunity under federal and state law.

2. Plaintiff failed to exhaust his administrative remedies.

3. Plaintiff was contributorily negligent in the above-described interaction.

4. Defendants were justified in their use of reasonable force.

5. Defendants acted in self-defense in subduing the Plaintiff.

## JURY DEMAND

Defendants respectfully request a trial by jury.

WHEREFORE, based on the foregoing, the Defendants deny that Plaintiff is entitled to any damages or attorney's fees.  Defendants pray that this Honorable Court grant judgment in their favor and against Plaintiff on all aspects of his complaint and further requests that this Honorable Court grant judgment of Defendants' fees, costs, and such other relief that this Court deems just and appropriate.

        Respectfully submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

By:    /s/*Scott Nehls*
        Scott A. Nehls
        Assistant State's Attorney
        ARDC # 6290318
        500 Richard J. Daley Center
        Chicago, Illinois  60602
        (312) 603-3473
        scott.nehls@cookcountyil.gov